UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LAYLA SUGGETT,

       Plaintiff,

    v.

SOLANO COUNTY, et al,

       Defendants.

No. 2:24-cv-0011-TLN-AC

**ORDER**

Plaintiff, a former county and current state inmate proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 6, 2026, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 4.) Plaintiff did not file objections to the findings and recommendations and the time to do so has elapsed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 6, 2026 (ECF No. 4) are ADOPTED in full; and

1

2.      This action is dismissed without prejudice as duplicative of *Suggett v. Solano County Justice Center*, No. 2:23-cv-1485 JDP (E.D. Cal).

IT IS SO ORDERED.

Date: May 15, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE